UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2019
JANUARY 28, 2020 SESSION



FILED
JAN 29 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-00017
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(2)

KEVIN MICHAEL HOLMES, JR.

# I N D I C T M E N T
(Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about December 22, 2019, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant KEVIN MICHAEL HOLMES knowingly possessed a firearm, that is, a .357 Ruger SP101 Magnum, revolver, in and affecting interstate commerce.

2. At the time defendant KEVIN MICHAEL HOLMES possessed the aforesaid firearm, he knew he had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is, convicted on or about January 9, 2015, in the Commonwealth of Kentucky, Boyd Circuit Court of the felony offenses of Trafficking in a Controlled Substance, 1st degree, 1st offense, in violation of Kentucky Revised Statute 218A.1412, Fleeing or Evading Police, 1st Degree, Motor Vehicle, in violation of Kentucky Revised Statute

520.095, and Wanton Endangerment, 1st Degree, Police Officer, in violation of Kentucky Revised Statute 508.060, Case Number 13-CR-0374-001.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

MICHAEL B. STUART
United States Attorney

By: _____
STEPHANIE S. TAYLOR
Assistant United States Attorney